# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANLEY RIMER,

    Plaintiff,

v.

BRIAN SANDOVAL et al.,

    Defendants.

2:13-cv-1440-JCM-GWF

**ORDER**

**I. DISCUSSION**

On February 9, 2015, Defendants filed their 90-day status report informing the Court that mediation with a court-appointed mediator is scheduled for February 27, 2015. (ECF No. 59 at 2). The Court extends the stay through Friday, March 6, 2015. On or before March 6, 2015, Defendants shall file an updated status report.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the stay is extended through Friday, March 6, 2015.

IT IS FURTHER ORDERED that on or before Friday, March 6, 2015, Defendants shall file an updated status report.

DATED: This 11th day of February, 2015.

_____
United States Magistrate Judge