**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STANLEY RIMER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:13-cv-1440-JCM-GWF |
| BRIAN SANDOVAL et al., | ) | **ORDER** |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's Motion to Compel (#61) filed on February 20, 2015. Defendants' filed a Response to the Motion to Compel (#65) on March 9, 2015.

The Plaintiff requests that the Defendants disclose the status of the legal representation and acceptance of service on behalf of Defendants Sandoval, Cortez-Masto, and Miller. The deadline for filing notice to advise the Court of the status of legal representation for these defendants is March 30, 2015 (#64). The motion therefore is premature. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#61) is **denied** without prejudice.

**DATED** this 13th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge