# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANLEY RIMER,

        Plaintiff,

vs.

BRIAN SANDOVAL, et al.,

        Defendant.

Case No. 2:13-cv-01440-JCM-GWF

**ORDER**

      This matter is before the Court on Defendants' Motion for Leave to File Medical Records Under Seal (#80), filed on May 8, 2015. Defendants seek leave to file the Plaintiff's medical records under seal as Exhibit A to Defendants' Motion for Summary Judgment. Defendants offer only that the records are confidential, and should therefore be sealed.

      In order for exhibits in support of a dispositive motion to be filed under seal, the moving party "must meet the high threshold of showing that 'compelling reasons' support secrecy." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Defendants offer no argument that outweighs the public's interests in having access to the judicial records and understanding the judicial process. *Kamakana*, 447 F.3d at 1178-1179. Defendants' claim of confidentiality alone is insufficient to meet the "compelling reasons" standard. Accordingly,

. . .

. . .

. . .

. . .

. . .

1  **IT IS HEREBY ORDERED** that the Defendants' Motion for Leave to File Medical Records Under Seal (#80) is **denied** without prejudice. The exhibit will remain sealed for 14 days from the date of this order. If the Defendants file an amended motion to seal or object to the Court's order, the exhibit shall remain sealed until further order of the Court.

**DATED** this 12th day of May, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge