# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANLEY RIMER, )
)
        Plaintiff, )    Case No. 2:13-cv-01440-JCM-GWF
)
vs. )    **ORDER**
)
BRIAN SANDOVAL, et al., )
)
        Defendant. )
_____)

      This matter is before the Court on Plaintiff Stanley Rimer's Motion for Extension of Copywork Limit (#94), filed on June 29, 2015.

      Plaintiff represents that he requires an extended copywork limit in order to properly litigate his ongoing legal matters. He represents that he must file an Opposition to Defendants' Motion for Summary Judgment, and requires additional credit on his copywork account to properly prepare for the response. He cites exhibits attached to Defendant's motion as documents that need copying for him to properly prepare. The Court finds that the Plaintiff has sufficiently established good cause for the granting of the extension. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (#94) is **granted**. Plaintiff shall have his copywork limit extended by $50.00.

      **DATED** this 1st day of July, 2015.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge