**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STANLEY RIMER,    )
                  )
    Plaintiff,    )   Case No. 2:13-cv-01440-JCM-GWF
                  )
vs.               )   **ORDER**
                  )
BRIAN SANDOVAL, et al., )
                  )
    Defendant.    )
_____)

This matter is before the Court on Plaintiff's Motion to File Opposition in the Proposed Format (#108), filed on August 24, 2015. This matter also is before the Court on Plaintiff's Motion for Leave to File Oversized Brief (#103), filed on August 5, 2015. Defendants' Opposition (#105) was filed on August 14, 2015. Plaintiff filed his Reply (#109) on August 24, 2015. This matter is also before the Court on Plaintiff's Motion for Enlargement of Time (#107), filed on August 20, 2015.

Plaintiff moves that the Court file the attached Opposition to the Defendants' Motion for Summary Judgment (#108-1). Plaintiff had previously moved to file an oversized response as his Opposition. *See* Motion (#103). The current proposed Opposition is 12 pages long and conforms with Local Rule 7-4. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to File Opposition in the Proposed Format (#108) is **granted**. The Clerk of the Court shall file the Plaintiff's Opposition.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Oversized Brief (#103) is **denied** as moot.

. . .

. . .

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Enlargement of Time (#107) is **denied** as moot.

**DATED** this 26th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge