# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY RIMER, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01440-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRIAN SANDOVAL, et al., ) | |
| ) | |
| Defendant. ) | |

    This matter is before the Court on Defendants' Motion for Reconsideration of the Court's Order Dated August 26, 2015 (#112), filed on August 27, 2015.

    Defendants move for reconsideration of Court's Order #111. In that Order, the Court permitted the filing of a brief by the Plaintiff that the Plaintiff represented to be 12 pages. Defendants argue that the Plaintiff misrepresented the total length of the brief, as the Plaintiff included additional legal arguments as exhibits instead of including them in the body of the brief. Reconsideration of the Court's decision is appropriate in an instance of clear error by the Court. *Sch. Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). The Court's decision relied on the Plaintiff's representations and was in error. Legal arguments must be confined to the 30 page limitation set by Local Rule 7-4, and may not be included in exhibits. Accordingly,

    **IT IS HEREBY ORDERED** that the Defendants' Motion for Reconsideration of the Court's Order Dated August 26, 2015 (#112) is **granted**.

    **IT IS FURTHER ORDERED** that the Plaintiff's Opposition to the Motion for Summary Judgment (#111) is hereby **stricken**.

. . .

. . .

**IT IS FURTHER ORDERED** that the Plaintiff will file his Opposition to the Motion for Summary Judgment in full compliance with Local Rule 7-4 by **September 8, 2015**.

**DATED** this 28th day of August, 2015.

                                                                            *George Foley Jr.*
                                                            GEORGE FOLEY, JR.
                                                            United States Magistrate Judge