1
2
3
4         UNITED STATES DISTRICT COURT
5              DISTRICT OF NEVADA
6                    * * *
7  STANLEY RIMER,                          Case No. 2:13-CV-1440 JCM (GWF)
8                         Plaintiff(s),                    ORDER
9       v.
10 BRIAN SANDOVAL, et al.,
11                        Defendant(s).

Presently before the court is plaintiff's motion for an extension of time to respond to defendants' motion for summary judgment. (Doc. #116). Defendants have filed a response stating that they "take no position on Plaintiff's request for an extension of time." (Doc. # 118 at 4).

Also before the court is plaintiff's motion for leave to file a response in excess of 30 pages to defendants' motion for summary judgment. (Doc. # 116). Defendants have filed a response in opposition. (Doc. # 118).

Also before the court are two additional motions filed by plaintiff for enlargement of time to file an opposition to defendants' motion for summary judgment. (Docs. # 96, 119). Defendants have not filed a response to either of these motions.

**A. Motion for extension of time**

In his motion, plaintiff requests an additional 45 days to research, draft, and submit a new opposition to defendants' motion for summary judgment. (Doc. # 116 at 3). On July 28, 2015, this court previously provided plaintiff with an additional 30 days to file a response. (Doc. # 102). The court will afford plaintiff an additional 30 days from the date of this order to file a response to defendants' motion for summary judgment.

**James C. Mahan**
**U.S. District Judge**

1          As this court has provided plaintiff with a 30-day extension to file his response to defendant's motion for summary judgment, plaintiff's additional motions for enlargement of time (docs. # 96, 119), are denied as moot.

**B. Motion to exceed page limit**

Local rule 7-4 limits response briefs to 30 pages unless otherwise ordered by the court. Plaintiff argues that a forty- to fifty-page opposition is necessary in order to adequately address all factual and legal arguments relevant to defendants' summary judgment motion. (Doc. # 116 at 3). Defendants respond that the motion for summary judgment at issue was only 13 pages in length and addressed arguments regarding exhaustion, the merits of plaintiff's claims, and qualified immunity, and stated that there is no persuasive reason why plaintiff "cannot fairly respond to the motion" in 30 pages as required by local rule 7-4. (Doc. # 118 at 3–4). This court has previously ordered plaintiff to file a response that complies with the page limit provided by the local rules. (Doc. # 102). After reviewing the briefs in this matter, the court finds no good cause to grant plaintiff's request.

Without waiting for a ruling on this matter, plaintiff recently filed his response to defendants' motion to dismiss. (Doc. # 122). Plaintiff's response was in excess of 100 pages despite this court's earlier order that plaintiff must adhere to the 30 page limit. The court may act on its own and "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." FED. R. CIV. P. 12(f)(1). Additionally, district courts have inherent power to control their own dockets, including the power to strike items from the docket. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010). As plaintiff's response (doc. # 122) exceeds the 30 page limit required by local rule 7-4, the court hereby strikes this document from the record.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion for an extension of time to file his opposition to defendants' motion for summary judgment, (doc. # 116), be, and the same hereby is, GRANTED, consistent with the foregoing.

James C. Mahan
U.S. District Judge

- 2 -

1         IT IS FURTHER ORDERED that plaintiff's motion for enlargement of time (doc. # 96) be, and the same hereby is, DENIED as moot.

         IT IS FURTHER ORDERED that plaintiff's second motion for enlargement of time (doc. # 119) be, and the same hereby is, DENIED as moot.

         IT IS FURTHER ORDERED that plaintiffs' motion for leave to file excess pages, (doc. # 116), be, and the same hereby is, DENIED.

         IT IS FURTHER ORDERED that plaintiff's response, (doc. # 122), be, and the same hereby is, STRICKEN from the record.

         IT IS FURTHER ORDERED that plaintiff shall have 30 days from the date of this order to file a response to defendants' motion for summary judgment that complies with the page limit provided by the local rules. Defendants shall have 14 days from the date of filing of plaintiff's response to file a reply.

         DATED October 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**