# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY RIMER, | |
| Plaintiff, | Case No. 2:13-cv-01440-JCM-GWF |
| vs. | **ORDER** |
| BRIAN SANDOVAL, et al., | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Strike Plaintiff's "Supplemental Argument" Regarding Summary Judgment (#136), filed on February 16, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's "Supplemental Argument" Regarding Summary Judgment (#136) is **granted**. The Clerk of the Court shall strike Plaintiff's Supplemental Argument (#135) from the record.

DATED this 24th day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge