ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E Washington Ave, Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Email:  jfrost@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY RIMER, *et al.*, | Case No.: 2:13-cv-01440-JCM-GWF |
| Plaintiff, | |
| vs. | **JUDGMENT IN A CIVL CASE** |
| BRIAN SANDOVAL,  *et al.*, | |
| Defendants. | |

THIS MATTER came before the Court on Defendants' Motion for Summary Judgment. The Court, having reviewed Plaintiff's opposition and after deeming itself fully advised, granted Defendants motion in a written order. Accordingly, the Court orders as follows:

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants and against Plaintiff.

DATED March 3, 2016.

_____
UNITED STATES DISTRICT JUDGE